**Earl ETIENNE, Plaintiff–Appellant,**

v.

**O. Kent ANDREWS; Wackenhut Correctional Corp.; Unknown Nurse, Defendants–Appellees.**

**No. 03–30322**
**Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

Oct. 21, 2003.

Earl Etienne, pro se, Louisiana Department of Public Safety & Corrections, Jackson, LA, for Plaintiff–Appellant.

Before KING, Chief Judge, and JOLLY and STEWART, Circuit Judges.

PER CURIAM:*

Earl Etienne, Louisiana state prisoner # 226474, appeals the dismissal of his *pro*

*se, in forma pauperis* 42 U.S.C. § 1983 complaint as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). Etienne's complaint lacks an arguable basis in law; the facts alleged cannot establish deliberate indifference to his medical needs. *See Mendoza v. Lynaugh,* 989 F.2d 191, 193 (5th Cir.1993); *Varnado v. Lynaugh,* 920 F.2d 320, 321 (5th Cir.1991). The appeal is frivolous and is therefore DISMISSED. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2.

The dismissal of this appeal and the district court's dismissal each count as a "strike" for purposes of 28 U.S.C. § 1915(g). *See Adepegba v. Hammons,* 103 F.3d 383, 387–88 (5th Cir.1996). Etienne is WARNED that if he accumulates three strikes he may not proceed *in forma pauperis* in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury. *See* 28 U.S.C. § 1915(g).

APPEAL DISMISSED AS FRIVOLOUS; SANCTIONS WARNING ISSUED.